**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30233 |
| Plaintiff-Appellee, | D.C. No. 6:09-cr-00012-CCL-1 |
| v. | |
| ANDREW THOMAS SWAGER, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Charles C. Lovell, District Judge, Presiding

Submitted June 11, 2019[**]

Before:   CANBY, GRABER, and MURGUIA, Circuit Judges.

Andrew Thomas Swager appeals from the district court's judgment and

challenges the 10-month sentence imposed upon his sixth revocation of supervised

release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Swager contends that the sentence is substantively unreasonable in light of

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the "technical" nature of some of his violations and the mitigating circumstances surrounding one of his violations. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The court considered Swager's mitigating arguments and imposed a within-Guidelines sentence that is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Swager's repeated breaches of the court's trust. *See Gall*, 552 U.S. at 51; *see also United States v. Simtob*, 485 F.3d 1058, 1062-63 (9th Cir. 2007) (at a revocation sentencing, the district court may sanction the defendant for his breach of the court's trust).

**AFFIRMED.**

18-30233